# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| STEVEN PAPAKIRK<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO & COMPANY,<br><br>and<br><br>WELLS FARGO CLEARING SERVICES LLC d/b/a WELLS FARGO ADVISORS<br><br>and<br><br>WELLS FARGO ADVISORS FINANCIAL NETWORK, LLC<br><br>    Defendants. | Case No. 1:22-cv-00254<br><br>Judge Timothy S. Black<br><br>Magistrate Judge Karen L. Litkovitz |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties who have appeared stipulate to dismiss all claims with prejudice. The parties also stipulate that they will bear their own costs, expenses, and attorneys' fees for this action. Finally, pursuant to *Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375, 114 S.Ct. 1673, 128 L.E.2d 391 (1994), the parties stipulate that the Court shall retain jurisdiction to enforce the terms of any settlement agreement.

**STIPULATED AND AGREED:**

Dated: March 17, 2023

2

| FLAGEL & PAPAKIRK, LLC | MORGAN, LEWIS & BOCKIUS LLP |
|---|---|
| By: *s/ Charles E. Rust* <br> Charles E. Rust, Esq. (OH #0097224) <br> cerust@fp-legal.com <br> 50 E. Business Way, Suite 410 <br> Columbus, OH 45241 <br> Telephone: +1.513.792.6737 <br> Fax: +1.513.984.8118 <br><br> *Attorney for Plaintiff* | By: *s/ Andrew J. Barber* <br> Andrew J. Barber (OH #0091160) <br> andrew.barber@morganlewis.com <br> One Oxford Centre <br> Thirty-Second Floor <br> Pittsburgh, PA 15219-6401 <br> Telephone:+1.412.560.7449 <br> Fax: +1.412.560.7001 <br><br> *Attorney for Wells Fargo Defendants* |